LAW OFFICES OF JEFFREY D. KIRK
JEFFREY D. KIRK  Bar No. 113163
Post Office Box 2205
Ceres, California 95307
Telephone:  (209) 538-3092
Facsimile:  (209) 554-0336

Attorney for Plaintiff
RAMONA AVILA, INDIVIDUALLY AND AS
GUARDIAN AD LITEM FOR ARTHUR AVILA,
ISSAK AVILA, AND MICHELLE AVILA, Minors


SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
MICHELLE Y. MCISAAC  Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA AVILA, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR ARTHUR AVILA, ISSAK AVILA, AND MICHELLE AVILA, minors,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 06-00693-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Ramona

Avila and defendant Continental Casualty Company, by and through their respective attorneys of

PDF created with pdfFactory trial version www.pdffactory.com

record herein that the entire action, including the complaint, shall be dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED: March 31, 2007           LAW OFFICES OF JEFFREY D. KIRK


By /s/ Jeffrey D. Kirk
JEFFREY D. KIRK
Attorneys for Plaintiff
RAMONA AVILA, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR ARTHUR AVILA, ISSAK AVILA, AND MICHELLE AVILA, Minors

DATED: March 31, 2007           SEDGWICK, DETERT, MORAN & ARNOLD LLP


By /s/ Dennis G. Rolstad
DENNIS G. ROLSTAD
MICHELLE Y. MCISAAC
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

### ORDER

IT IS SO ORDERED.

DATED: April 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE